UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WRIGHT,

    Plaintiff,                                        Case No. 22-11485

v.                                                Honorable Nancy G. Edmunds

CASSANDRA SMITH, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

On June 30, 2022, Plaintiff Michael Wright filed his pro se complaint for employment discrimination against a number of defendants along with an application to proceed without prepaying fees or costs. (ECF Nos. 1, 2.) On July 7, 2022, the Court entered an order denying Plaintiff's application to proceed in forma pauperis and directing Plaintiff to pay the $402.00 filing fee in full within ten days of the date of that order. (ECF No. 4.) Plaintiff was put on notice that failure to timely comply with the Court's order would result in the dismissal of his case.

To date, Plaintiff has failed to pay the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                                          s/Nancy G. Edmunds
                                                          Nancy G. Edmunds
                                                          United States District Judge

Dated: July 25, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2022, by electronic and/or ordinary mail.

          <u>s/Lisa Bartlett</u>
          Case Manager